JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND, TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST, CALIFORNIA NEVADA OPERATING ENGINEERS TRAINING TRUST, TRUSTEES OF THE OPERATING ENGINEERS LOCAL 12 DEFINED CONTRIBUTION TRUST, FUND FOR CONSTRUCTION INDUSTRY ADVANCEMENT, ENGINEERS CONTRACT COMPLIANCE COMMITTEE FUND, CONTRACT ADMINISTRATION FUND, SOUTHERN CALIFORNIA PARTNERSHIP FOR JOBS FUND, and OPERATING ENGINEERS WORKERS COMPENSATION TRUST,

Plaintiffs,

v.

D & S EQUIPMENT INC., a California corporation,

Defendant.

Case No. 8:26-cv-02030-FWS-DSR

**JUDGMENT**

///

///

# JUDGMENT

On November 3, 2026, the court granted Plaintiff Trustees of the Operating Engineers Pension Trust, Trustees of the Operating Engineers Health and Welfare Fund, Trustees of the Operating Engineers Vacation-Holiday Savings Trust, California Nevada Operating Engineers Training Trust, Trustees of the Operating Engineers Local 12 Defined Contribution Trust, Fund for Construction Industry Advancement, Engineers Contract Compliance Committee Fund, Contract Administration Fund, Southern California Partnership for Jobs Fund, and Operating Engineers Workers Compensation Trust's (collectively, "Plaintiffs") motion for default judgment against Defendant D & S Equipment Inc. (Dkt. 16.) Accordingly, having considered all the pleadings and papers filed in this case, the evidence on record and argument of counsel, and the applicable law, and for the good cause appearing therein, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED**:

Judgment is entered in this matter in favor of Plaintiffs and against Defendant in the total amount of **$88,556.27**, which represents the sum of $67,066.21 in unpaid contributions; $4,532.43 in prejudgment interest; $6,706.62 in liquidated damages; $9,449.16 in attorney fees; and $801.85 in costs.

The Clerk is ordered to enter this Judgment forthwith.

Dated: November 19, 2026

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE